Al Lustgarten, Bar #189503
Lustgarten Law
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866 (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC

      Plaintiff,   vs.

Gustavo Medina Martinez, et al,

      Defendant,

Case No.: 2:10-CV-03089-WDK-FMO

**RENEWAL OF JUDGMENT BY CLERK**

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc and against Defendant, Gustavo Medina Martinez, individually and d/b/a Tarasco Bar, entered on August 21, 2012, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $ 10,000.00 |
| b. | Costs after judgment | $ 0.00 |
| c. | Subtotal *(add a and b)* | **$ 10,000.00** |
| d. | Credits | $ 0.00 |
| e. | Subtotal *(subtract d from c)* | **$ 10,000.00** |
| f. | Interest after judgment(.19%) | $ 188.28 |
| g. | Fee for filing renewal of application | $ 0.00 |
| h. | Total renewed judgment (add e, f and g) | $ **10,188.28** |

Dated: July 19, 2022      CLERK, by _Sharon Hall Brown_
                                              Kirk K. Gray
                                              Clerk of U.S. District Court